■ In the Matter of DUELL, L. L. C., et al., Appellants, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent, and 27 WASHINGTON SQUARE NORTH TENANTS ASSOCIATION, Intervenor-Respondent. [703 NYS2d 37] —Order, Supreme Court, New York County (Elliott Wilk, J.), entered October 7, 1998, which, in an proceeding pursuant to CPLR article 78, dismissed the petition to vacate a determination by respondent New York State Division of Housing and Community Renewal, dated September 9, 1997, reversing a decision of the rent administrator to the extent that said decision granted petitioner owners' application for a major capital improvement rent increase, unanimously affirmed, without costs.

Contrary to petitioners' contention, the record before it permitted respondent Division of Housing and Community Re-

newal to determine reasonably and rationally that a substantial portion of the new windows in the subject building were defectively installed and, as such, did not constitute an improvement to the building justifying a major capital improvement rent increase (*see, Matter of Ansonia Residents Assn. v New York State Div. of Hous. & Community Renewal*, 75 NY2d 206, 213; *Simkowitz v New York State Div. of Hous. & Community Renewal*, 256 AD2d 51, 52).

We have considered petitioners' remaining arguments and find them unavailing. Concur—Rosenberger, J. P., Williams, Ellerin and Saxe, JJ.